# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
    Plaintiff,                       )
                                         )
    v.                               )    Case No. 3:14-cr-05045-SRB
                                         )
JOHNNY EUGENE THOMAS,                    )
                                         )
    Defendant.                       )

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending that Defendant's Motion to Dismiss the Indictment and Defendant's Motion to Suppress Evidence be denied. (Doc. #55). Defendant objects to the Report and Recommendation in filing Defendant's Exceptions to the Report and Recommendation to Deny His Motion to Suppress and Motion to Dismiss. (Doc. #58). By his objection, Defendant argues his Motion to Dismiss Indictment should be granted due to a violation of the constitutionally mandated separation of powers. Defendant further argues his Motion to Suppress should be granted because the probation officers did not have reasonable suspicion to conduct a search and also did not conduct the search in a reasonable manner.

After an independent and careful review of the record, the applicable law, and the parties'

arguments, the Court OVERRULES Defendant's objections, (Doc. #58), and ADOPTS Judge

Rush's Report and Recommendation, (Doc. #55).  Defendant's Motion to Dismiss Indictment

(Doc. #22) and Defendant's Motion to Suppress (Doc. #23) are hereby DENIED.


**IT IS SO ORDERED.**

DATED: <u>January 19, 2016</u>                               <u>/s/ Stephen R. Bough</u>
                                                             JUDGE STEPHEN R. BOUGH
                                                             UNITED STATES DISTRICT COURT